### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LOEWEN GROUP INTERNATIONAL, | ) Case No. 99-1244 (PJW) |
| INC., a Delaware corporation, | ) |
| et al., | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| _____ | ) |
| ALDERWOODS GROUP, INC., | ) |
| ALDERWOODS (OKLAHOMA), INC., | ) |
| ALDERWOODS (DELAWARE), INC., | ) |
| DHFH HOLDINGS, INC., HFJC | ) |
| HOLDINGS, INC., HFCC HOLDINGS, | ) |
| INC., EDSB HOLDINGS, INC., | ) |
| HFSC HOLDINGS, INC., and | ) |
| CHMP HOLDINGS, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Adv. Proc. No. 05-30024 (PJW) |
| | ) |
| CHARTER FUNERALS, INC. and | ) |
| CF ACQUISITIONS, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For the reasons set forth in the Court's memorandum opinion of this date, the plaintiffs' motion (Adv. Doc. # 14) for abstention and referral to arbitration is GRANTED.

_____
Peter J. Walsh
United States Bankruptcy Judge

Dated: July 11, 2006